ROBERT POSLUSZNY, ET AL. v. NANCY KALISH, ET AL.

February 25, 1986.

Petition for certification denied.

ROBERT POSLUSZNY, ET AL. v. NANCY KALISH, ET AL.

February 25, 1986.

Cross-petition for certification denied.

VINCENT GAMBA v. TEACHER'S PENSION AND
ANNUITY FUND.

February 25, 1986.

Petition for certification denied.

ROSE WARRINGTON v. RONALD BIRD AND
DAN-PAS CORP., INC.

LORRAINE ARNADE v. RONALD BIRD.

February 25, 1986.

Petition for certification denied.   (See 204 *N.J.Super.* 611)